UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
LIBBY PIECHOWICZ d/b/a LORNA LAINE,
an individual,

                    Plaintiff,          24-CV-3057 (VSB)

          -against-              **ORDER**

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,

                    Defendants.
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's ex parte motion for a temporary restraining order. (Doc. 25.) In her memorandum of law filed in support of the motion, Plaintiff explains that she seeks "a temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery, and service of process by e-mail and/or electronic publication." (Doc. 26 at 1.) Accordingly, it is hereby:

      ORDERED that counsel for all parties appear telephonically for an order to show cause hearing on Plaintiff's motion on June 17, 2024 at 11:00 a.m. The call-in number for the conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: June 11, 2024
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge