```
UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------------------------------X
                                                             :
 LIBBY PIECHOWICZ d/b/a LORNA LAINE,                         :
  an individual,                                             :
                                                             :
                                  Plaintiff,                 :   24-CV-3057 (VSB)
                                                             :
                  -against-                                  :         ORDER
                                                             :
 THE PARTNERSHIPS AND                                        :
 UNINCORPORATED ASSOCIATIONS                                 :
 IDENTIFIED IN SCHEDULE A,                                   :
                                                             :
                                  Defendants.                :
 ------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On June 17, 2024, I held an order to show cause hearing on Plaintiff's request for a temporary restraining order. Upon consideration of Plaintiff's submissions and arguments, and for the reasons stated on the record, it is hereby:

ORDERED that Plaintiff's motion for a temporary restraining order is DENIED at this time.

IT IS FURTHER ORDERED that by July 8, 2024, Plaintiff file an amended complaint, which should explain how Plaintiff's jurisdictional allegations pertain to New York. In addition, Plaintiff is directed to file under seal a fully unredacted version of Document 14's Exhibit B. Plaintiff may also file a supplemental brief to address the questions I raised at the hearing, including, among other things, how Plaintiff's request for a temporary restraining order comports with the requirements of *Smart Study Co. v. Acuteye-Us*, 620 F. Supp. 3d 1382 (S.D.N.Y. 2022).

SO ORDERED.

Dated:  June 17, 2024
        New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge