UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LIBBY PIECHOWICZ d/b/a LORNA LAINE,   :
an individual,                                             :
                                                           :
                              Plaintiff,   :          24-CV-3057 (VSB)
                                                           :
            -against-                      :          **ORDER**
                                                           :
THE PARTNERSHIPS AND                       :
UNINCORPORATED ASSOCIATIONS                :
IDENTIFIED IN SCHEDULE A,                   :
                                                           :
                              Defendants.   :
-----------------------------------------------------------  X

VERNON S. BRODERICK, United States District Judge:

On June 17, 2024, I held a hearing on Plaintiff's Ex Parte Motion for a Temporary

Restraining Order. The same day, I denied the motion and directed Plaintiff to file an amended

complaint, an unredacted version of an exhibit, and permitted supplemental briefing. (Doc. 32.)

Before me are Plaintiff's Second Amended Complaint (Doc. 33), Supplemental Statement

Regarding Jurisdiction and Electronic Service (Doc. 35), and Renewed Ex Parte Motion for a

Temporary Restraining Order (Sealed Doc. 37). Plaintiff has also filed various supporting

documents. Accordingly, it is hereby:

ORDERED that counsel appear telephonically for an order to show cause hearing on

Plaintiff's motion on July 18, 2024 at 2:00 p.m. The call-in number for the conference line is 888-

363-4749 and the access code is 2682448.

SO ORDERED.

Dated:       July 16, 2024
             New York, New York

                                           _____
                                           Vernon S. Broderick
                                           United States District Judge