UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                         :
LIBBY PIECHOWICZ d/b/a LORNA LAINE,    :
an individual,                                           :
                                                         :
                                   Plaintiff,        :                    24-CV-3057 (VSB)
                                                         :
                       -against-                     :                    **ORDER**
                                                         :
THE PARTNERSHIPS AND                          :
UNINCORPORATED ASSOCIATIONS          :
IDENTIFIED IN SCHEDULE A,                    :
                                                         :
                                   Defendants.    :
------------------------------------------------------------  X

VERNON S. BRODERICK, United States District Judge:

On July 18, 2024, I held an order to show cause hearing on Plaintiff's request for a

temporary restraining order.  In accordance with my questions and remarks at the hearing and

counsel's responses, it is hereby:

ORDERED that by July 25, 2024, Plaintiff file on the docket their response(s) to questions

left open at the conclusion of the hearing.

SO ORDERED.

Dated:          July 18, 2024
                     New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge