

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598   www.Venable.com

August 16, 2024

Eric A. Prager

**T 212.503.9813**
**F 212.307.5598**
EAPrager@Venable.com

**VIA ECF**

The Honorable Vernon S. Broderick
United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> **Re:** *Piechowicz v. Partnerships/Schedule A*, **No. 1:24-cv-3057 (S.D.N.Y.)**

Dear Judge Broderick:

This firm represents Defendant RHCP, LLC in this matter.  RHCP learned of the pendency of this dispute when Amazon.com seized our client's online store and deposit account, following the Court's issuance of an ex parte temporary restraining order (Dkt. 46) last week.  We were engaged this week to address the matter.

We have been in communication with Plaintiff's counsel in order to obtain the case file, which is under seal, and to explore whether settlement may be possible.  Despite knowing we were engaged and despite the notice of appearance we filed yesterday (Dkt. 47), Plaintiff did not seek our consent before filing its motion today to extend the Court's TRO (Dkt. 50).  RHCP hereby opposes that extension, at least as to itself.  The motion to extend should be denied on several bases, including Plaintiff's failure to seek consent, Plaintiff's failure to conduct a proper prefiling inquiry as to our client (which would have revealed that our client sells no products bearing the Plaintiff's copyrighted images), and Plaintiff failure to serve our client, despite knowing before filing that our client is a Delaware limited liability company with a recorded agent for service of process.

We also observe that the TRO instructs Defendants to file papers in opposition to Plaintiff's motion for a preliminary injunction this Sunday, August 18, 2024 by 10:00 am.  We hereby request clarification that the Court intended that opposition papers be filed Monday, August 19, 2024 by 10:00 am, or in the alternative, we hereby move to change the deadline to Monday, August 19, 2024 by 10:00 am.  We have sought and obtained Plaintiff's consent to the change if the Court considers the issue properly the subject of a motion to change the date rather than a clarification or correction of it.



The Honorable Vernon S. Broderick
August 16, 2024
Page 2

Thank you for your kind consideration.

Respectfully submitted,

*/s/ Eric A. Prager*

Eric A. Prager

cc:     All counsel via ECF