**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LIBBY PIECHOWICZ, an individual,

          Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,

Defendants.

Case No. 1:24-cv-03057-VSB

**Judge Vernon S. Broderick**

**DECLARATION OF SCOTT ALAN BURROUGHS**

1

I, Scott Alan Burroughs, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court of the Southern District of New York. I am one of the attorneys for Plaintiff Lorna Laine. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as witness I would competently testify the following:

2. On August 6, 2024, this Court entered a Temporary Restraining Order (the "TRO") against Defendants identified in Schedule A to the operative complaint. (Dkt. No. 33-6.) The TRO authorized Laine to provide notice to certain Defendants by electronic means.

3. Since and pursuant to the entry of the TRO, several financial accounts associated with the Defendant Internet Stores have been frozen.

4. Further, since entry of the TRO, Liane, through my office, has served each of the Defendants upon whom electronic service was authorized.

5. Defendants located in China have not been served as, per the concurrently filed letter, Laine has been unable to locate any address which are "known" under the Hague Convention despite our reasonably diligent efforts to locate accurate addresses for each.

6. Laine created and owns the original artworks at issue in this case, true and correct copies of which are attached hereto as **Exhibit 1.**

7. Laine owns the registered copyrights for two original artworks at issue in this case ("Subject Artworks") and holds valid registration certificates for each, true and correct copies of which are attached hereto as **Exhibit 2**.

8. Defendants offered for sale and sold, including on Amazon.com, products bearing exact reproductions of the Subject Artwork. True and correct screen captures of these Infringing Products as they were listed on Amazon are attached hereto as **Exhibit 3**.

9. The Subject Artwork remains live on Amazon listings as of the date of filing. A true and correct screen capture of such a continued use of the Subject Artwork is attached hereto as **Exhibit 4**.

10. My office has participated in multiple similar cases against similar online seller defendants who have either directly threatened to or have either empty their online seller accounts or abandon the identified accounts and resume infringing through new accounts.


I declare under the penalty of perjury and the laws of the United States of America that the above is true and correct.


DATED: September 17, 2024                    */s/ Scott Alan Burroughs*
New York, New York                           Scott Alan Burroughs, Esq.

3