# EXHIBIT 1

## Subject Artwork





EXHIBIT A