# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

VA 2-368-862

**Effective Date of Registration:**
August 22, 2023
**Registration Decision Date:**
October 31, 2023

## Title

**Title of Work:**   Black Cat

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   October 10, 2018
**Nation of 1st Publication:**   United Kingdom

## Author

**Author:**   Libby Piechowicz
**Author Created:**   2-D artwork
**Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Libby Piechowicz
8 Ferryvale Close, Burton-On-Trent, Staffordshire, DE15 9EX, United Kingdom

## Certification

**Name:**   Daniel Lachman
**Date:**   August 22, 2023

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-368-850

**Effective Date of Registration:**
August 22, 2023
**Registration Decision Date:**
October 31, 2023

---

## Title

**Title of Work:**    The Original Bumble Bee

## Completion/Publication

**Year of Completion:**    2018
**Date of 1st Publication:**    January 27, 2018
**Nation of 1st Publication:**    United Kingdom

## Author

**Author:**    Libby Piechowicz
**Author Created:**    2-D artwork
**Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Libby Piechowicz
8 Ferryvale Close, Burton-On-Trent, Staffordshire, DE15 9EX, United Kingdom

---

## Certification

**Name:**    Daniel Lachman
**Date:**    August 22, 2023

Page 1 of 1