# EXHIBIT 3

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 2 of 28



Deliver to
New York 10038

Arts, Crafts & Sewing ▾    Search Amazon

EN ▾    Hello, nicola
Account & Lists ▾    Returns & Orders    0 Cart

All    Holiday Deals    Medical Care ▾    Amazon Basics    Groceries ▾    Free Shipping    Buy Again    Household, Health & Baby Care    Livestreams    Beauty & Personal Care    Coupons    Pet Supplies    Join Prime today for deals

**Arts, Crafts & Sewing**    Best Sellers    Projects & Inspiration    Fabric    Art Supplies ▾    Sewing ▾    Scrapbooking ▾    Craft Supplies ▾    Knitting & Crochet ▾    Jewelry-Making ▾    Storage & Organization ▾

Adults Framed Canvas Paint by Number Kit, by Ledgebay…    ★★★★☆ 1,735    $31⁹⁹ ✓prime

Sponsored

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits





Roll over image to zoom in



# TISHIRON Paint by Numbers Bee Flower Acrylic Pigment Drawing Paintwork DIY Canvas Oil Painting Paint by Number Bees for Adults Kids Beginners Enthusiasts Home Decoration Ladies Crafts-16x20inch

Brand: TISHIRON

4.4    17 ratings

Lowest price in 30 days

**-14%** $5⁹⁹

Typical price: $6.99 ⓘ

FREE Returns

---

Color: **Bee**

| | | | | |
|---|---|---|---|---|
| $5.99 | $7.99 | $8.99 | $7.98 | $9.99 |

$5.99

---

| | |
|---|---|
| **Brand** | TISHIRON |
| **Age Range (Description)** | Kid,Adult |
| **Color** | Bee |
| **Theme** | Flower,Number,Numbers |
| **Cartoon Character** | Flower |

☐ Add your 30-day FREE trial of Prime and get **fast, free delivery**    prime

| **Delivery** | Pickup |

$5⁹⁹

FREE Returns

FREE delivery **Friday, November 17** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, November 14**. Order within **1 hr 30 mins**

Deliver to New York 10038

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | ALOTS |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Case 1:24-cv-08057-VSB   Document 65-3   Filed 09/17/24   Page 3 of 28

Deliver to
New York 10038

Arts, Crafts & Sewing ▾

Search Amazon

EN ▾

Hello, nicola
Account & Lists ▾

Returns
& Orders

0
Cart

Subtotal
$0.00

All | Holiday Deals | Medical Care ▾ | Amazon Basics | Groceries ▾ | Free Shipping | Buy Again | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Coupons

Get a jump on holiday gifts

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies ▾ | Sewing ▾ | Scrapbooking ▾ | Craft Supplies ▾ | Knitting & Crochet ▾ | Jewelry-Making ▾ | Storage & Organization ▾

studiostone creative

New! DIY alabaster carving kit for kids and adults

$33.99 ✓prime












Click image to open expanded view

Sponsored

# DIY 5D Diamond Painting Kits, Full Drill Square Crystal Rhinestone Diamond Embroidery Cross Stitch Paintings Arts Wall Stickers Decor, 11.8x11.8Inches (Bees Produce Honey)

Brand: Hemir

4.6                    108 ratings

$7.50

| | |
|---|---|
| **Brand** | Hemir |
| **Age Range (Description)** | Kid,Adult |
| **Color** | Clear |
| **Theme** | Nature |
| **Item Dimensions LxWxH** | 0.2 x 0.3 x 0.1 inches |

Report incorrect product information.



**FILASLFT Adults Diamond Painting,Paint by…**
★★★★½ 1,028
$8.99 ✓prime
Save 5% **with coupon**

Sponsored

$7.50

$1.99 delivery **November 24 – December 7**. Details

Deliver to New York 10038

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

Ships from    You are very lucky
Sold by       You are very lucky
Returns       Returnable until Jan 31, 2024
Payment       Secure transaction

**Add to List**

**Add to Baby Registry**

**Add to Registry & Gifting**




studiostone creative

**New! DIY alabaster carving kit for kids and adults**

Creative Art & Crafts Carving Kit for Kids and Adults, by STUDIOSTONE…
$33.99 ✓prime

Sponsored

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 4 of 28



Deliver to
New York 10038

Hello, nicola
Account & Lists

Returns
& Orders

0

Subtotal
$0.00

Arts, Crafts & Sewing    Search Amazon    EN

All    Holiday Deals    Medical Care    Amazon Basics    Groceries    Free Shipping    Buy Again    Household, Health & Baby Care    Livestreams    Beauty & Personal Care    Coupons    Join Prime today for deals

Arts, Crafts & Sewing    Best Sellers    Projects & Inspiration    Fabric    Art Supplies    Sewing    Scrapbooking    Craft Supplies    Knitting & Crochet    Jewelry-Making    Storage & Organization

Sponsored

## Customers who viewed this item also viewed

TISHIRON 5D Diamond Painting Kit, Girls Diamond Painting Kits Full Drill Painting, Flowers Diamond Pictures Arts Craft for Wall Decoration for Gift for Kids and Adults 12x16
10
$5.99

Amazha 5D Diamond Painting Kits Independence Day Farm DIY Full Round Drill Diamond Art Painting for Adults with Accessories for Home Wall Decor
58
$8.45

LazyFold Diamond Painting Kits,Squirrel 5D Diamond Painting Kits for Adults Beginners,Full Round Drill Gem Art Kit,Home Wall Decor 12 x 16 Inch
26
$5.99

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits



Roll over image to zoom in

# Gneinour Diamond Painting Art Kits for Adults Begginer (Yellow)

Visit the Gneinour Store

4.8    33 ratings

Lowest price in 30 days

-9%  $9.99

Typical price: $10.99

FREE Returns

Coupon:  Apply 10% coupon  Shop items › |  Terms

Color: **Yellow**

$9.99    $9.99    $9.99    $9.99

| Brand | Gneinour |
|---|---|
| Age Range (Description) | Kid,Adult |
| Color | Yellow |
| Theme | Landscape |
| Item Dimensions LxWxH | 4 x 11 x 0.1 inches |

### About this item

- 【Diamond Painting Art Kits】Everything to create the diamond painting comes in the diamond art kits.Package include:  a lot of diamonds, 1* Canvas,  1* diamond sticky pens, 1* glue, 1* plastic tray,10*small bags.
- 【Diamond and Canvas】The high clear printing oil canvas will never be fade and waterproof.The pattern itself has a sticky background and plastic protective film to keep the picture sticky.Diamonds sparkling, strong third dimension; Perfect color match, dimond painting vivid image, diamonds will send 30% more.
- 【Fun & Relax】Finishing a 5d DIY diamond painting is a process of constantly adjust yourself and share happy time with your family or friends. it will help you reduce stress, adjust your emotion, enhance self-confidence and perseverance cultivate patience.
- 【Application】 5D Diamond painting is perfect to decorate your living room, bedroom, office, bar or anywhere you want to match different decoration style. It is also an ideal gift for friends and children on birthdays,Christmas and other holidays
- 【Steps for Usage】1. View the diamond color, arranged in order of coding. 2. Apply a proper amount of diamond adhesive to the pen, stick the corresponding diamond. 3. According to the corresponding color code stick the diamond onto the corresponding canvas.4. When completed, use a heavy book to press the diamonds to ensure it's strength.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery    prime

Delivery    Pickup

$9.99

FREE Returns

FREE delivery **Friday, November 17** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, November 14**. Order within 22 mins

Deliver to New York 10038

**Only 18 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Ships from  Amazon
Sold by  GneinourDirect
Returns  Returnable until Jan 31, 2024
Payment  Secure transaction

Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Add to Registry & Gifting

ckdiluy Dragon Diamond Painting Kit,Diamond Art Kits for…
$8.97  prime
Save 7%  with coupon

Sponsored

Sponsored

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 6 of 28

Deliver to
New York 10038 | Arts, Crafts & Sewing ⌄ | Search Amazon

EN ⌄ | Hello, nicola
Account & Lists ⌄ | Returns & Orders | 0 Cart | Subtotal $0.00

All · Holiday Deals · Medical Care ⌄ · Amazon Basics · Groceries ⌄ · Free Shipping · Buy Again · Household, Health & Baby Care · Livestreams · Beauty & Personal Care · Coupons · Pet Supplies · Get a jump on holiday gifts

**Arts, Crafts & Sewing** · Best Sellers · Projects & Inspiration · Fabric · Art Supplies ⌄ · Sewing ⌄ · Scrapbooking ⌄ · Craft Supplies ⌄ · Knitting & Crochet ⌄ · Jewelry-Making ⌄ · Storage & Organization ⌄

15pc Acrylic Paint Set, by MEEDEN… ★★★★☆ 611 $89⁹⁵ ✓prime Save $20 with coupon

Sponsored

## Customers who viewed this item also viewed



LWZAYS Paint by Numbers for Adults, DIY Adult Paint by Numbers Kits Beginner 16x20 inch Kits Gift for Kids and Adults (MT11250)
42
$4⁹⁹



Painting by Numbers for Adults, DIY Paint by Numbers Rainbow Flower, Succulent Plants Paint by Numbers Kits with Brushes and Acrylic Pigment, 16x20 Inch Without Frame Paint by Numbers for…
29
$9⁹⁹

weharnc Cow Paint by Number for Adults-Paint by Numbers for Adults Beginner,Cow Paint by Numbers for Gift Home Wall Decor (Cow,16 x 20 inch)
159
$8⁸⁸

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits











Roll over image to zoom in

# TUMOVO Paint by Numbers, Honeycomb Honey Paint by Numbers, Bee Flower Acrylic Pigment Drawing Paintwor, DIY Canvas Oil Paint by Number, Bees for Adults Kids Beginners Enthusiasts 16x20inch with Frame

Visit the TUMOVO Store

4.2          41 ratings

$29⁹⁹

FREE Returns

---

Color: **Bee-1**

[ $29.99 ]  [ $8.99 ]

| | |
|---|---|
| **Brand** | TUMOVO |
| **Age Range (Description)** | Kid,Adult |
| **Color** | Bee-1 |
| **Theme** | Flower,Number,Numbers |
| **Cartoon Character** | Flower |

☐ Add Prime to get **Fast, FREE delivery**     prime

$29⁹⁹

FREE Returns

FREE delivery **Saturday, November 18** on orders shipped by Amazon over $35. Order within **1 hr 4 mins**

Deliver to New York 10038

**Only 4 left in stock - order soon.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      Mogyn
Returns      Returnable until Jan 31, 2024
Packaging    Shows what's inside

⌄ See more

☐ Add a gift receipt for easy returns

[ Add to List ]

[ Add to Baby Registry ]

11/15/23, 1:12 PM      Amazon.com: 2 Pack A5 Diamond Painting Notebook Leather Cover with Special Shaped Diamond Drill 50 Sheets DIY Diamond Art 5D Cros…

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 7 of 28

**Deliver to Dan**
San Diego 92119

Arts, Crafts & Sewing ▾    Search Amazon

EN ▾    **Hello, Dan** Account & Lists ▾    Returns & Orders    **2**

All   Holiday Deals   Medical Care ▾   Amazon Basics   Groceries ▾   Prime Video

THURSDAY NIGHT FOOTBALL   26 : 47 : 02

Arts, Crafts & Sewing   Best Sellers   Projects & Inspiration   Fabric   Art Supplies ▾   Sewing ▾   Scrapbooking ▾   Craft Supplies ▾   Knitting & Crochet ▾

amazon pharmacy    Time is money. Save both.    Learn more ›

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits



Click image to open expanded view

# 2 Pack A5 Diamond Painting Notebook Leather Cover with Special Shaped Diamond Drill 50 Sheets DIY Diamond Art 5D Cross Stitch Journal Book Blank Paper(Vase Flowers,Bee)

Brand: Generic

$**15**⁹⁹

| | |
|---|---|
| Brand | |
| Material | |
| Product Dimensions | |
| Sheet Count | 50 |

## About this item

- POPULAR DIY :Notebook Sketchbook Drawing Diary Book Rhinestone Craft is ingenious, using resin to make lacquer, the unique luster of resin sequins is dazzling, shining in the light, it is the most popular DIY decoration at present
- DIY DIAMOND PAINTING NOTEBOOK WITH UNFINISHED COVER:Dimensions: 8.3*5.9*0.59 inches,Weight:180g lightweight, A5; 100 Pages (50 Sheets); Page Layout: Plain/Blank;Cover:Hard and Strong Leather Cover Material
- WHAT A GREAT GIFT： Diamond painting journal notebook The creative combination of diamond drawing and notebook brings a nice diamond drawing journal notebook. DIY paint and Notebook both bring fun to us.
- WIDE APPLICATIONS: This notebook is used to be blank sketch book pad, memo notepad sketchbook, students office business diary spiral book journal, meeting your multiple needs. It is lightweight, easy to carry and offers great convenience to your life.
- IT'S ADVANTAGES:Soft cover and curved corners design, simple and durable, perfect for all ages of kids and adults

Report incorrect product information.



**Coffee essentials, delivered**
Discover delicious groceries Shop Fresh

$**15**⁹⁹

FREE delivery **November 28 - December 5**. Details

Or fastest delivery **November 21 - 24**. Details

Deliver to Dan - San Diego 92119

**In Stock**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Aotoudanuo Store |
| Sold by | Aotoudanuo Store |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

Add to List

## Products related to this item

Page 1 of 25

Sponsored ⓘ

Case 1:24-cv-03057-VSB   Document 65-3   Filed 09/17/24   Page 8 of 28



Deliver to
New York 10038     Home & Kitchen ▾     Search Amazon                                    EN ▾   Hello, nicola   Returns   0
                                                                                              Account & Lists ▾   & Orders   Cart     Subtotal
                                                                                                                                     $0.00

All   Holiday Deals   Medical Care ▾   Amazon Basics   Groceries ▾   Free Shipping   Buy Again   Household, Health & Baby Care   Livestreams   Beauty & Personal Care       Join Prime today for deals

Amazon Home     Shop by Room     Discover     Shop by Style     Home Décor     Furniture     Kitchen & Dining     Bed & Bath     Garden & Outdoor     Home Improvement

KIPHEPI Stained Glass Mosaic Glass Tiles                $24.89 ✓prime
Sponsored

Arts, Crafts & Sewing › Crafting › Mosaic Making



Roll over image to zoom in

# DYH&PW Diamond Painting Square Stones Animals Hobby and Handicraft Rhinestones Diamond Embroidery Bee 5D Diamond Mosaic,Full Square 60X45cm

Brand: DYH&PW

$50.50

Or **$9.32** /mo (6 mo). **Select from 1 plan**

Size: **Full Square 60X45cm**

| Full Square 60X45cm | Full Round 25X20cm | Full Square 25X20cm | Full Round 30X25cm |
|---|---|---|---|
| $50.50 | $24.10 | $24.10 | $28.30 |
| Full Square 30X25cm | Full Round 40X30cm | Full Square 40X30cm | Full Round 45X35cm |
| $28.30 | $33.70 | $33.70 | $38.50 |
| Full Square 45X35cm | Full Round 50X40cm | Full Square 50X40cm | Full Round 60X45cm |
| $38.50 | $43.60 | $43.60 | $50.50 |
| Full Round 65X50cm | Full Square 65X50cm | Full Round 75X55cm | Full Square 75X55cm |
| $56.20 | $56.20 | $64.30 | $64.30 |

$50.50

$4.98 delivery **December 4 - 26**.
Details

**Deliver to New York 10038**

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from   DaDing Store
Sold by      DaDing Store
Returns      Returnable until Jan 31, 2024
Payment      Secure transaction

Add to List

Add to Baby Registry

Add to Registry & Gifting

Case 1:24-cv-05057-VSB   Document 65-3   Filed 09/17/24   Page 9 of 28





Deliver to
New York 10038    |    Arts, Crafts & Sewing ▾    |    Search Amazon    EN ▾    Hello, nicola
Account & Lists ▾    Returns & Orders    0 Cart    Subtotal $0.00

All    Holiday Deals    Medical Care ▾    Amazon Basics    Groceries ▾    Free Shipping    Buy Again    Household, Health & Baby Care    Livestreams    Beauty & Personal Care    Coupons    Pet Supplies    Get a jump on holiday gifts

Arts, Crafts & Sewing    Best Sellers    Projects & Inspiration    Fabric    Art Supplies ▾    Sewing ▾    Scrapbooking ▾    Craft Supplies ▾    Knitting & Crochet ▾    Jewelry-Making ▾    Storage & Organization ▾


studiostone creative    New! DIY alabaster carving kit for kids and adults    $33.99 ✓prime

Sponsored

### Customers who viewed this item also viewed

TISHIRON 5D Diamond Painting Kit, Girls Diamond Painting Kits Full Drill Painting, Flowers Diamond Pictures Arts Craft for Wall Decoration for Gift for Kids and Adults 12x16 Inches
10
$5.99

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits



VIDEO

Roll over image to zoom in

# DIY 5D Diamond Painting by Number Kits,Full Crystal Rhinestone Diamond Embroidery Paintings Arts Wall Decor Bee Licking On Honey 11.8x11.8Inches

Brand: UM UPMALL

4.7    241 ratings

$10.99

| Brand | UM UPMALL |
|---|---|
| Age Range (Description) | Kid |
| Color | Clear |
| Theme | Love |
| Cartoon Character | Bee |

Report incorrect product information.


DIY Diamond Painting Kit for Beginners, by SIMJU...
$4.99 ✓prime
Save 5% with coupon

Sponsored



$10.99

FREE delivery **November 24 – December 7**. Details

Deliver to New York 10038

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Ships from | UPmall Direct |
|---|---|
| Sold by | UPmall Direct |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

Add to List

Add to Baby Registry

Add to Registry & Gifting

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 11 of 28



Deliver to
New York 10038

Arts, Crafts & Sewing ▾    Search Amazon

EN ▾   Hello, nicola
Account & Lists ▾   Returns
& Orders   0
Cart

Subtotal
$0.00

All   Holiday Deals   Medical Care ▾   Amazon Basics   Groceries ▾   Free Shipping   Buy Again   Household, Health & Baby Care   Livestreams   Beauty & Personal Care   Coupons   Pet Supplies   Subscribe & Save   Shop By Interest   Handmade   Home Improvement     Join Prime today for deals

Arts, Crafts & Sewing   Best Sellers   Projects & Inspiration   Fabric   Art Supplies ▾   Sewing ▾   Scrapbooking ▾   Craft Supplies ▾   Knitting & Crochet ▾   Jewelry-Making ▾   Storage & Organization ▾

Sponsored

## Customers who viewed this item also viewed

ZAUGONTW Diamond Painting Kits for Adults - Bee Diamond Painting, Bee Full Drill Craft Crystal Rhinestone Embroidery Cross Stitch,DIY 5D Paint-by-Number Kits, Home Wall Déco
146
$9⁹⁵

ROUKANNGE Adult Diamond Painting kit,Honeybee Pattern,5D Diamond Painting of Round Diamond,DIY Handicrafts,Apply to Home Decoration,Wall Decoration,Creative Gifts(12×16…
468
$10⁹⁹

NAIMOER Honeycomb Diamond Painting Kits for Adults Beginner, Full Drill Flowers Diamond Painting Kits, 5D DIY Fall Diamond Painting Kits Bee Diamond Art Kits Daisy for Home Decor 30x…
116
$6⁹⁹

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits



Roll over image to zoom in

☐ Add Prime to get **Fast, FREE delivery**   prime

## Finduat Bee Honey Diamond Painting Kits for Kids DIY Square Diamond Dotz Kits for Adults Bee Diamond Painting Art Club Home Wall Decor(12x16 inch)

Visit the Finduat Store

4.6       305 ratings

$8⁹⁹

FREE Returns

Color: **Bee**

   
$8.99   $8.99   $9.99   $8.99

| Brand | Finduat |
|---|---|
| Age Range (Description) | Kid |
| Color | Bee |
| Theme | Landscape |
| Cartoon Character | Bee |

### About this item

- Using high-definition printed canvas, non-toxic, waterproof, environmentally friendly, not easy to fold, will be never fade, making your room more vivifying and Shining in the light.
- Package Include: 1 x High definition oil canvas 1 x Diamond pen 1 x Diamond tray 1 x Painting glue clay 1 x Colorful magic diamonds
- DIY 5D Diamond Painting Full Drill with high clear printing oil canvas is waterproof and pollution-free. Perfect color matching, thickened, good texture, and visual beauty. The pattern with sticky background and the gems will be held so that you could easily complete the picture and the diamond won't fall off
- Diamond painting kits for adults help relieve all kinds of stress and spend leisure time. Diamond art painting kit is a kind of diamond painting by numbers, where one color corresponds to one number. You can find the corresponding instructions on the canvas very freely. Even beginners can do it easily.



Delivery    Pickup

$8⁹⁹

FREE Returns

FREE delivery **Friday, November 17** on orders shipped by Amazon over $35

Or fastest delivery **Wednesday, November 15**. Order within 9 mins

Deliver to New York 10038

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Finduat
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Add to Registry & Gifting

11/13/23, 12:02 AM

Case 1:24-cv-03057-VSB    Amazon.com: Wizardi Abris Art Cross-Stitch kit Motley Grass AH-086    Document 65-3    Filed 09/17/24    Page 12 of 28



Sponsored

Arts, Crafts & Sewing › Needlework › Cross-Stitch › Counted Kits










Roll over image to zoom in



# Wizardi Abris Art Cross-Stitch kit Motley Grass AH-086

Visit the Wizardi Store

## $33⁴⁹

| Brand | Wizardi |
|---|---|
| Color | multicolored |
| Theme | Animals,Flowers,Landscapes,Stitch |
| Cartoon Character | Animals |
| Material | Canvas, Cotton |

## About this item

- Abris Art Counted Cross Stitch Kits are perfect for beginners and experienced stitchers alike. With a variety of designs to choose from, including landscapes, animals, and flowers, there is something for every taste. Each kit is crafted with attention to detail, using top-quality materials that ensure a beautiful and long-lasting finished product. Whether you want to start a new hobby or create a unique gift for someone special, Abris Art Counted Cross Stitch Kits are the perfect choice.

- Abris Art offers captivating handcrafted artworks created by skilled artists using top-notch materials and techniques. Their extensive collection includes paintings, sculptures, and mixed media pieces, each designed to establish an emotional connection between the viewer and the artwork. Elevate your space with exceptional and meaningful artwork from Abris Art, the go-to destination for art enthusiasts.

- Package contents: Canvas 100% cotton, convenient symbol scheme, instruction in 8 languages, needles, floss

### $33⁴⁹

$4.99 delivery **November 15 - 20**. Details

Or fastest delivery **November 14 - 17**. Details

Deliver to New York 10038

**Only 5 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

| Ships from | Wizardi |
|---|---|
| Sold by | Wizardi |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

Add to List

Add to Baby Registry

Add to Registry & Gifting

Case 1:24-cv-03057-MSB   Document 65-3   Filed 09/17/24   Page 13 of 28

Deliver to
New York 10038

Arts, Crafts & Sewing ▾        Search Amazon

EN ▾   Hello, nicola
Account & Lists ▾

Returns
& Orders

0
Cart

Subtotal
$0.00

All  Holiday Deals  Medical Care ▾  Amazon Basics  Groceries ▾  Free Shipping  Buy Again  Household, Health & Baby Care  Livestreams  Beauty & Personal Care

Join Prime today for deals

Arts, Crafts & Sewing   Best Sellers   Projects & Inspiration   Fabric   Art Supplies ▾   Sewing ▾   Scrapbooking ▾   Craft Supplies ▾   Knitting & Crochet ▾   Jewelry-Making ▾   Storage & Organization ▾

15pc Acrylic Paint Brushes for Beginners. by MEEDEN…   ★★★★☆ 611   $89⁹⁵ ✓prime   Save $20  with coupon

Sponsored

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits








VIDEO



Roll over image to zoom in

# LCOZX Diamond Art Painting, DIY Diamond Art Painting Kits for Adults, Art Animal World Paint by Numbers for Adults, Home Leisure, Wall Decoration, Round Diamonds, Pattern Measures 12x16 inch, No.9

Visit the LCOZX Store

$9⁹⁹

| Brand | LCOZX |
|---|---|
| Color | AnimalWorldNo.9 |
| Theme | Animal |
| Item Dimensions LxWxH | 13.78 x 17.72 x 0.12 inches |
| Material | Canvas |

## About this item

- High Definition, Reliable: This diamond painting utilizes German high-definition printing technology, ensuring that every letter is clear and easy to read. Each canvas is coated with high-quality, environmentally friendly water-soluble glue, ensuring stable adhesion.
- True Pattern Size: LCOZX diamond painting kits utilize full-size patterns, the pattern size is 12x16-inch (30x40cm), canvas size is 14x18-inch (35x45cm). This ensures clarity of the finished product and allows for a perfect fit within commercially available 12x16-inch frames.



☐ Add Prime to get Fast, FREE delivery   prime

**Delivery**    Pickup

$9⁹⁹

FREE delivery **Saturday, November 18** on orders shipped by Amazon over $35

Or fastest delivery **Wednesday, November 15**. Order within 23 hrs 49 mins

Deliver to New York 10038

**Only 15 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   LCOZX
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 14 of 28



Deliver to
New York 10038

Arts, Crafts & Sewing ⌄

Search Amazon

EN ⌄    Hello, nicola
Account & Lists ⌄    Returns
& Orders    0
Cart    Subtotal
$0.00

All    Holiday Deals    Medical Care ⌄    Amazon Basics    Groceries ⌄    Free Shipping    Buy Again    Household, Health & Baby Care    Livestreams    Coupons    Get a jump on holiday gifts

Arts, Crafts & Sewing    Best Sellers    Projects & Inspiration    Fabric    Art Supplies ⌄    Sewing ⌄    Scrapbooking ⌄    Craft Supplies ⌄    Knitting & Crochet ⌄    Jewelry-Making ⌄    Storage & Organization ⌄

MoeeBtee    **MoeeBtee Diamond Painting Storage Containers**    $19⁹⁹     Save 5%   with coupon

Sponsored

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits





Roll over image to zoom in

# Shuiiyun Adult Diamond Painting kit,Honeybee Pattern,5D Diamond Painting of Round Diamond,DIY Handicrafts,Apply to Home Decoration,Wall Decoration,Creative Gifts(12×16inch)

Brand: Shuiiyun

$9⁹⁹

| Brand | Shuiiyun |
|---|---|
| Paint Type | Decorative |
| Style | Round |

## About this item

- 【Sparkle Diamonds Art】： 5D diamond art painting kit uses specially made round rhinestones crystal diamonds to combine with design patterns diamond painting kits is the current fashion 5D diamond painting kits for adults,all the rhinestones in this diamond painting art have 26 faces,the colorful rhinestones combined with brilliant colors make the picture beautiful and lifelike,it will never fade.

- 【Easily Distinguishable Symbols】:We use large and bold fonts. For similar letters or numbers like 1/I 6/9 8/B we only use one of them. There is no situation where symbols and colors cannot be distinguished. Everything is for a better user experience.

- 【Experienced Design Team】In order to present the best HD canvas effect, our more than three years experiences

$9⁹⁹

$7.98 delivery **December 4 - 22**.
Details

Deliver to New York 10038

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from    Xiangcheng Botte
Trading Co.
Sold by    Xiangcheng Botte
Trading Co.
Returns    Returnable until Jan 31,
2024
Payment    Secure transaction

Add to List

Add to Baby Registry

Add to Registry & Gifting



Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 15 of 28

# Xiangcheng Botte Trading Co.

Visit the Xiangcheng Botte Trading Co. storefront

Just launched    No feedback yet



**Shuiiyun Adult Diamond Painting...**

USD**9**⁹⁹

Add to Cart

Subtotal
**$9.99**



Only 15 left in stock - order soon.

## About Seller

Xiangcheng Botte Trading Co. is committed to providing each customer with the highest standard of customer service.

**Have a question for Xiangcheng Botte Trading Co.?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** xiangchengshiboteshangmaoyouxiangongsi
**Business Address:**
  项城市花园北苑路
  凤凰国际12幢2单元7楼东户
  周口市
  河南
  466200
  CN

## Shipping Policies                                                    ⌄

## Other Policies                                                       ⌄

## Help                                                                 ⌄

11/13/23, 12:24 AM
Amazon.com: ZWJXYR Paint by Numbers Bee Flower Acrylic Pigment Drawing Paintwork DIY Canvas Oil Painting Paint by Number Bees for Adults Kids Beginners 16x20inch/40x50cm

Case 1:24-cv-03057-VSB Document 65-3 Filed 09/17/24 Page 16 of 28



Deliver to
New York 10038

Arts, Crafts & Sewing ▾

Search Amazon

EN ▾   Hello, nicola
Account & Lists ▾   Returns & Orders   0 Cart   Subtotal $0.00

All   Holiday Deals   Medical Care ▾   Amazon Basics   Groceries ▾   Free Shipping   Buy Again   Household, Health & Baby Care   Livestreams   Coupons   Beauty & Personal Care   Pet Supplies   Subscribe & Save   Join Prime today for deals

Arts, Crafts & Sewing   Best Sellers   Projects & Inspiration   Fabric   Art Supplies ▾   Sewing ▾   Scrapbooking ▾   Craft Supplies ▾   Knitting & Crochet ▾   Jewelry-Making ▾   Storage & Organization ▾

MEEDEN Acrylic Painting Set, 15pc, Wooden Easel, Canvas...   ⭐⭐⭐⭐⯪ 611   $89⁹⁵ ✓prime   Save $20 with coupon   Sponsored

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits



Roll over image to zoom in

# ZWJXYR Paint by Numbers Bee Flower Acrylic Pigment Drawing Paintwork DIY Canvas Oil Painting Paint by Number Bees for Adults Kids Beginners 16x20inch/40x50cm

Brand: ZWJXYR

$26⁷⁹

| Brand | ZWJXYR |
|---|---|
| Age Range (Description) | Adult, Kid, Baby, Teen |
| Color | Standard- 24 Colors |
| Theme | Abstract |
| Item Dimensions LxWxH | 19.69 x 15.75 x 0.39 inches |

## About this item

- ❤❤【DIY Oil Paiting】-- The DIY Oil Paiting kit will help people to promote the relationship between families, friends, husband and wife, when paint together. Nurturing your spirituality and release your stress.Digital oil painting allows you to easily complete an oil painting and enjoy the fun of creation and play.

- ❤❤【Special HD Color Canvas】-- Unlike normal canvas, we use special hd color canvas. Colored canvases make it easier to distinguish digital areas, and painting for long periods of time doesn't strain the eyes.Our painting by numbers provides enough of acrylic paint, Will not cause bodily harm to adults or children.

- ❤❤【Easy to Paint】-- You only match the numbers of the paint and the figures on the canvas to fill in the paint. Paint by color numbers, finish one by one. The paint by numbers suitable for all skills levels, whether you are adults, kids or beginners. Digital oil painting allows you to easily complete an oil painting and enjoy the fun of creation and play.

- ❤❤【Unique Decoration】-- Finished painting can be an excellent decoration in your home, office, hotel and restaurant. Paint by number is a perfect gift for parents, lovers, friends, children on birthday, weddings, parties, Christmas etc. Makes for an excellent choice as a unique gift–even the elder would love it.

$26⁷⁹

FREE delivery **November 20 - 27**. Details

Deliver to New York 10038

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from   ZWJXYR SHOP
Sold by   ZWJXYR SHOP
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

Add to List

Add to Baby Registry

Add to Registry & Gifting



Waterproof Acrylic Paint Pen, 12 Classic Colors, by ZEYAR...
⭐⭐⭐⭐⯪ 1,643
$17¹⁹ ✓prime
Sponsored

Case 1:24-cv-08057-VSB   Document 65-3   Filed 09/17/24   Page 17 of 28

 **Deliver to**
New York 10038

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, nicola
Account & Lists ▾    Returns & Orders    0 Cart

All  Holiday Deals  Medical Care ▾  Amazon Basics  Groceries ▾  Free Shipping  Buy Again  Household, Health & Baby Care  Livestreams  Coupons  Beauty & Personal Care    Join Prime today for deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

 For a luxurious green lawn all year round    $109.79 ✓prime

Sponsored

## Customers who viewed this item also viewed

 Coquimbo Bee Lights Christmas Decor, 10ft 30 LED Cute Battery Operated Bee String Fairy Lights, Honey Bee Gifts Women Girls, Bee Decorative String Lights for Bedroom Plants
1,118
$9.99

 Unique Loom Trellis Frieze Collection Area Rug - Geometric (4' 1" x 6' 1", Yellow/ Ivory)
23,152
$46.10 ($1.92/Sq Ft)

 SATIGI Vintage Bee Rugs Decor for Kitchen - Bees and Crown - Customized Bees Area Rugs Floor Mat Anti-Skid for Home Dining Living Room Bedroom Farmhouse Decor, Honeycomb
1
$24.95

Patio, Lawn & Garden › Outdoor Décor › Outdoor Rugs



Click image to open expanded view

## SATIGI Customized Bee Rug for Nursery - Colorful Bee and Colorfuf Flowers Carpet - Vintage Bee Garden Area Rug for Bee and Flowers Lovers, Bee Area Rug Non Slip for Living Bedroom Indoor Outdoor 5x8

Brand: SATIGI

$24.95

**Coupon:**    **Apply 15% coupon**   Shop items ›  |  Terms

Use **Amazon Currency Converter** at checkout to pay for this item in your local currency. Terms & Conditions apply. Learn More

Size:
**2x3ft/3x5ft/4x6ft/5x8ft**

Color: **Colorful Bee and Colorfuf Flowers Carpet**

      

$24.95

$6.95 delivery **November 24 - December 6**. Details

Or fastest delivery **November 17 - 22**. Details

Deliver to New York 10038

**In stock**

Usually ships within 2 to 3 days.

This product needs to be customized before adding to cart.

**Customize Now**

By clicking "Customize", you agree to these Terms and Conditions.

Ships from    Treasures Shop1
Sold by    Treasures Shop1
Returns    Eligible for Refund or Replacement if damaged or defective
Payment    Secure transaction

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 18 of 28



Deliver to
**New York 10038** | Home & Kitchen ⌄ | Search Amazon

EN ⌄ | Hello, nicola **Account & Lists** ⌄ | Returns **& Orders** | 0 Cart | Subtotal **$0.00**

All   Holiday Deals   Medical Care ⌄   Amazon Basics   Groceries ⌄   Free Shipping   Buy Again   Household, Health & Baby Care   Livestreams   Coupons     Get a jump on holiday gifts

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

 1.38" Artificial Grass Turf, 4FTX6FT, Custom Sizes…    ⭐⭐⭐⭐⯪ 502   $52.⁹⁹ ✓prime    Save 5% **with coupon**

Sponsored

## Customers who viewed this item also viewed

 3D Print Bee Area Carpet - Bee Flying Around Flowers Floor Mat - Outdoor Bee Area Rug, Modern Abstract Area Rug 5x7 Small Washable Colorful Kitchen Soft Rug, Bee
$24.⁹⁵

Honey Bee Rug - Bee and Beehive Area Rug Bee Floormat Bug Rug Honey Bee Kitchen Decor Bees Honeycomb Flowers Border Washable Area Rugs Absorbent Outdoor
$24.⁹⁵

 DII Natural Coir Doormat, Fun Greeting Mat, Bee Happy, 18x30
1,464
$24.⁶⁰

Patio, Lawn & Garden › Outdoor Décor



Roll over image to zoom in



# Colorful Bee Rug - Bee Kitchen Rug, Bee Carpet Bee Outdoor Cute Bathroom Mat Patio Kitchen 2x3 3x5 4x6 5x8 Bee Rug Gift Honey Mats Washable for Honey Bee Kitchen Home Decoration

Brand: ENCYZONE

**$24.⁹⁵**

Use **Amazon Currency Converter** at checkout to pay for this item in your local currency. Terms & Conditions apply. Learn More

Size:
**2x3ft/3x5ft/4x6ft/5x8ft**

Color: **Bee Rug D15**

     

**$24.⁹⁵**

$6.96 delivery **November 24 - December 6**. Details

Or fastest delivery **November 17 - 22**. Details

Deliver to New York 10038

**In stock**

Usually ships within 2 to 3 days.

This product needs to be customized before adding to cart.

**Customize Now**

By clicking "Customize", you agree to these Terms and Conditions.

Ships from   Zen Garden Essentials
Sold by    Zen Garden Essentials
Returns    Eligible for Refund or Replacement if damaged or defective
Payment   Secure transaction

Case 1:24-cv-03057-VSB   Document 653   Filed 09/17/24   Page 19 of 28

Deliver to
**New York 10038**

| Home & Kitchen ▾ | Search Amazon |

EN ▾   Hello, nicola **Account & Lists** ▾   Returns **& Orders**   **0** Cart ‹   Subtotal **$0.00**

All   Holiday Deals   Medical Care ▾   Amazon Basics   Groceries ▾   Free Shipping   Buy Again     **Get a jump on holiday gifts**

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improver

 **Cozy Bliss Unicorn Fleece Throw Blanket for Girls Ultra Soft Blankets for Kids, Fall Couch Throws Unicorn Castle Blanket Better Than Silky Flannel Lightweight Plus...**     ★★★★★ 272   $16⁹⁹ ✓prime   Save 5% **with coupon**

Sponsored

Home & Kitchen › Bedding › Kids' Bedding › Blankets & Throws



Roll over image to zoom in

# DIZZY Bees Baby Blanket - Custom Microfiber Bee Stuffed Animal Plush Bee Comforter for Boys Girls Baby Kids Teens Bee Lovers Super Warm Bee Nursery Bedding for Couch Sofa Chair Bed Office

Brand: DIZZY

$19⁹⁴

**Coupon:** ⧗    Apply 15% coupon
Shop items › | Terms

$19⁹⁴

$6.95 delivery **November 24 - December 6**. Details

Or fastest delivery **November 17 - 22**. Details

Deliver to New York 10038

**In stock**

Usually ships within 2 to 3 days.

This product needs to be customized before adding to cart.

Customize Now

By clicking "Customize", you agree to these Terms and Conditions.

Case 1:24-cv-00057-VSB     Document 65-3     Filed 09/17/24     Page 20 of 28



Home & Kitchen › Bedding › Blankets & Throws › Throws

# Flowers & Bees Watercolor Fleece Blanket Twin Size, Super Soft Cozy Plush Blankets, Lightweight Microfiber Throw Blanket for Couch Sofa Bed 59"x78.7"

Brand: josid

$44⁹⁷

Use **Amazon Currency Converter** at checkout to pay for this item in your local currency. Terms & Conditions apply. Learn More

| Brand | josid |
|---|---|
| Style | Flannel |
| Theme | Floral |
| Pattern | Floral |
| Unit Count | 1.0 Count |

Report incorrect product information.

**Alpaca Wool Blanket, Queen Size, Red an...**
★★★★½ 228
$139⁰⁰ ✔prime
Save 5% **with coupon**

Sponsored

$44⁹⁷

FREE delivery **November 24 - December 5.** Details

**In stock**
Usually ships within 3 to 4 days.

Qty: 1

Add to Cart

Buy Now

Ships from   ABabyCool
Sold by   ABabyCool
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

Add to List

Add to Baby Registry

Add to Registry & Gifting

11/13/23, 12:51 AM    Amazon.com: ESH7-Iron on Patch Heat Transfer Sticker,Lovely Heart Patches Butterfly Valentine's Day Washable Stickers …

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 21 of 28





Case 1:24-cv-03057-VSB   Document 65-3   Filed 09/17/24   Page 23 of 28



Deliver to
New York 10038

Home & Kitchen ▾    Search Amazon

EN ▾   Hello, nicola
Account & Lists ▾

Returns
& Orders

0
Cart

Subtotal
$0.00

All    Holiday Deals    Medical Care ▾    Amazon Basics    Groceries ▾    Free Shipping    Buy Again    Household, Health & Baby Care    Livestreams    Coupons                    Join Prime today for deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

youthefan!    Display Your Favorite Team with 3D Wall Art    $23²⁴ ✓prime    Sponsored

Sports & Outdoors › Fan Shop › Auto Accessories › Decals & Bumper Stickers › Decals



Roll over image to zoom in



# Midnight Cat Watercolor Design Bumper Sticker Vinyl Decal 5"

Brand: BKR Graphics

$4⁹⁵

Use **Amazon Currency Converter** at checkout to pay for this item in your local currency. Terms & Conditions apply. Learn More

| | |
|---|---|
| **Brand** | BKR Graphics |
| **Color** | Multi |
| **Recommended Uses For Product** | Laptop |
| **Theme** | Phone |
| **Cartoon Character** | Cat |
| **Special Feature** | Waterproof |
| **Unit Count** | 1.0 Count |

**Material**
Vinyl

**Shape**
Irregular

## About this item

- Size: 5" - Stickers are easy to apply and remove without leaving any residue or damaging the paint on your car.
- Vinyl stickers are made for outdoor use and will withstand harsh weather elements. Safe and Non-toxic,Waterproof Snow protection and Anti-sun.
- Will stick to any smooth surface. Great for cars, bumpers, windows, walls, metal, wood, laptops, and more.
- 5 Year warranty against discoloring or fading. Made for outdoor use to withstand the harshest weather condistions
- Robust 6 mil thick vinyl, these stickers are engineered to withstand the rigors of the great outdoors while retaining their captivating visuals. Designed and



$4⁹⁵

FREE delivery **November 17 - 21**. Details

Deliver to New York 10038

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from    BKR Graphics
Sold by    BKR Graphics
Returns    Returnable until Jan 31, 2024
Payment    Secure transaction

Add to List

Add to Baby Registry

Add to Registry & Gifting

Case 1:24-cv-03057-VSB   Document 65-3   Filed 09/17/24   Page 24 of 28

Deliver to
**New York 10038**

**Home & Kitchen** ⌄          Search Amazon

EN ⌄     Hello, nicola     Returns     0          Subtotal
        **Account & Lists** ⌄   **& Orders**  **Cart** ⌐        **$0.00**

All   Holiday Deals   Medical Care ⌄   Amazon Basics   Groceries ⌄   Free Shipping   Buy Again          **Join Prime today for deals**

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improve

Morcheiong Chenille Letter Patches, 52Pcs, Self Adhesive, A-Z, Iron on…          ★★★★☆ 58     $**19**⁹⁹ ✓prime

Sponsored

Arts, Crafts & Sewing › Sewing › Trim & Embellishments › Iron-on Transfers



Roll over image to zoom in

# Embroidered Patches Patch Catoon Iron On Transfer Patches Heat Transfer Vinyl Patches Thermal Sticker Stickers On Baby Clothes DIY Sew On/Iron On Patch Applique DIY Accessories (Color : 13, Size :

Brand: Generic

$**10**⁸⁷

| Brand | Generic |
|---|---|
| Color | 13 |
| Material | Vinyl |

$**10**⁸⁷

FREE delivery **December 6 - 28**.
Details

Deliver to New York 10038

**In stock**

Usually ships within 3 to 4 days.

Qty: 1

Add to Cart

Buy Now

Ships from    HEZHONGKUI
Sold by      HEZHONGKUI
Returns      Returnable until Jan 31, 2024
Payment      Secure transaction

Add to List

11/15/23, 1:08 PM
Amazon.com: Magnetic Poster Hanger Frame 12 inch – Ash Wood Poster Holder for Pictures, Photos, Prints, Maps and Canvas Artwork – Ma…

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 25 of 28

Deliver to Dan
San Diego 92119

Home & Kitchen    Search Amazon

EN ▾    Hello, Dan
Account & Lists ▾    Returns & Orders    3

All    Holiday Deals    Medical Care ▾    Amazon Basics    Groceries ▾    Prime Video    Best Sellers    Customer Service    Today's Deals    Amazon Business ▾    Buy Again

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

amazon pharmacy    A daily dose of savings.    Learn more ›

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Picture Frames › Magnetic Frames



Roll over image to zoom in

# Magnetic Poster Hanger Frame 12 inch – Ash Wood Poster Holder for Pictures, Photos, Prints, Maps and Canvas Artwork – Magnetic Hanging Frame – Great for 11x14 11x17 12x12 12x16 12x18 12x24 12x36 Poster Frame

Visit the X-bet MAGNET Store

4.5    151 ratings

**-10%** **$8**49

List Price: $9.48 ⓘ

One-Day
FREE Returns

With **Amazon Business**, you would have **saved $92.95** in the last year. Create a free account and **save up to 19%** today.

Size: **12 inch**

| 9 inch | **12 inch** | 16 inch |

Color: **Ash Wood**

| Brand | X-bet MAGNET |
| --- | --- |
| Color | Ash Wood |
| Shape | Rectangular |
| Mounting Type | Wall Mount |
| Frame Type | Poster Frame |
| Frame Material | Wood |
| Finish Type | Ash |

˅ See more

## About this item

- ⭐ PREMIUM QUALITY Ash Wood Poster Holder with n52 magnets! Practical wall magnetic poster hanger frame dimensions – 12 inch (30,5cm) x 0,7 inch (1,8cm) x 0,2 inch (0,7cm) great for 11x14 11x17 12x12 12x16 12x18 12x24 12x36 all your needs. Magnetic hanging frame for wall set includes: 4 PCs magnetic poster hanger frame 12 inch + FREE BONUS: hook & screws
- ⭐ 30 SECONDS TO INSTALL: 1. Place your picture and connect two wooden rodes. 2. Hang the poster holder on the hook. You may easily take them off and use ash wood magnetic poster frame them again with whenever you'd like. We included a FREE BONUS: hook & screws that will keep your hanging picture frames in place until you wish to take it off
- ⭐ STRONG & DURABLE wall magnet poster frames with powerful n52 neodymium magnets are strong enough for hanging up posters of different weights. Ideal for hold Picture, Photos, Maps, Scrolls, Canvas Artwork, etc.
- ⭐ MULTIPURPOSE USE: Magnetic hanging frame set can be used as poster frame, hanging poster frames, hanging picture frames, large wall poster holder, magnetic picture frame, hanging file folder frame, magnet picture frames, digital picture frame, wood picture frame, picture frame collage, family picture frame, wooden picture frames, picture frames for wall, picture frame hangers, wall picture holder, magnetic picture frame, picture hanger, picture holder for wall, magnet poster hanger etc.
- ⭐ BEST PRICE/QUALITY - compared to more cheaper wooden poster holders for picture, these large ash wood magnet picture frames white wood with n52 magnets offer much better value for all your needs. X-bet magnetic poster frame don't lose their power and Stronger than most brands out there! Perfect for use in: Kitchen, Home, School, Office, Garage, DIY & Crafts

## Customer ratings by feature

| Easy to use | 5.0 |
| --- | --- |
| Value for money | 5.0 |
| Sturdiness | 4.7 |

See all reviews

Report incorrect product information.

amazon clinic    **On-demand virtual care for nonstop days**
Quickly treat common conditions with 24/7 virtual visits with a doctor or nurse practitioner. Upfront pricing. No appointments needed. Learn more ›

### Delivery / Pickup

**$8**49

One-Day
FREE Returns

FREE delivery **Tomorrow, November 16**. Order within **7 hrs 36 mins**

Deliver to Dan - San Diego 92119

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| --- | --- |
| Sold by | X-bet MAGNET |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

**amazon business**
**Save up to 19%** on this product with business-only pricing.

Create a free account

## Buy it with

  +  +

Total price: $37.31

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Magnetic Poster Hanger Frame 12 inch – Ash Wood Poster Holder for Pictures, Phot…
$8⁴⁹

Miaowater 2 Pack Poster Frame,16x16 16x20 16x22 16x24 Magnetic Light Wood Wooden…
$17⁹⁹ ($9.00/Count)

Command Large Picture Hanging Strips, Damage Free Hanging Picture Hangers, No Tools Wall…
$10⁸³ ($0.77/Count)

Case 1:24-cv-03057-VSB    Document 65-3    Filed 09/17/24    Page 26 of 28



Deliver to Dan
San Diego 92119

Garden & Outdoor ⌄     Search Amazon

EN ⌄     Hello, Dan
Account & Lists ⌄     Returns
& Orders     **2**

All     Holiday Deals     Medical Care ⌄     Amazon Basics     Groceries ⌄     Prime Video

prime THURSDAY NIGHT FOOTBALL     26 : 48 : 47

Amazon Home     Shop by Room     Discover     Shop by Style     Home Décor     Furniture     Kitchen & Dining     Bed & Bath     Garden & Outdoor     Home Improve

fresh     Same-day delivery on wine     Shop Fresh ›

Patio, Lawn & Garden › Outdoor Décor › Flags

Roll over image to zoom in

# Flowers & Bees Watercolor Garden Flags for Outside, Outdoor House Flag Yard Flags 28x40 Inch Double Sided, Spring Seasonal Flags Front Porch Decorations

Brand: josid

$14⁹⁹

Pay $14.99 **$0.00** for this order. Get a **$200 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Offer ends 12/12/23. Terms apply. **Learn more.**

Size: **28x40in**

| 28x40in | 12x18in |
|---|---|
| $14.99 | $9.99 |

| | |
|---|---|
| **Color** | Multi |
| **Brand** | josid |
| **Recommended Uses For Product** | Outdoor |
| **Occasion** | Garden |
| **Product Dimensions** | 28"L x 40"W |
| **Fabric Type** | Polyester Pongee |

## About this item

- Premium Quality Material : Made of premium quality machine washable Two-layer Polyester Pongee, which is weather resistant as well as fade-resistant. High-strength double stitching ensures durability.
- Double Sided: Using advanced printing techniques, we ensure that the designs and text remain vivid and sharp. With double-sided printing, both sides feature legible text and captivating patterns, enhancing your outdoor space with a burst of color.
- Easy to Install: This garden flag is beautiful and perfectly-sized holiday garden flags, 12x 18"/28x 40". All flags feature a sleeve at top for use with any standard flag pole or stand, easily slip the flags through the holes on either of the top sides to hang them on your garden flag stand. (stand not included)
- Display Yard Style: Beautifully detailed decorative flag is the easiest solution to maintain a timeless look of your home, as well as offering a welcome stop to your

$14⁹⁹

$3.99 delivery **December 6 - 21**.
Details

Deliver to Dan - San Diego 92119

**In stock**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Ships from     Josid
Sold by     Josid
Returns     Returnable until Jan 31, 2024
Payment     Secure transaction

Add to List

Case 1:24-cv-03057-VSB    Document 65-0    Filed 09/17/24    Page 27 of 28

Deliver to
**New York 10038**

**Home & Kitchen** ▾

Search Amazon

EN ▾

Hello, nicola
**Account & Lists** ▾

Returns
**& Orders**

**0**
Cart ‹

Subtotal
**$0.00**

All    Holiday Deals    Medical Care ▾    Amazon Basics    Groceries ▾    Free Shipping    Buy Again

**Join Prime today for deals**

**Amazon Home**    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improve

**Cross Stitch Kits for Kids: 6 Pack, by Windspeed…**    $14⁶⁹ ✓prime    Save 5%    **with coupon**

Sponsored

Arts, Crafts & Sewing › Needlework › Cross-Stitch › Counted Kits



Roll over image to zoom in

# Abris Art Motley Grass Counted Cross-Stitch Kit

**Brand: Abris Art**

$33⁶⁹

- This sweet counted cross-stitch design features a fuzzy honeybee perched on a golden honeycomb surrounded by pink and blue blossoms

Report incorrect product information.



**Fall Gnome Cross Stitch Kit**
★★★★⯪ 77
$6⁹⁹ ✓prime

Sponsored

$33⁶⁹

$5 delivery **December 4 - 22**.
Details

Deliver to New York 10038

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

Ships from    Marussia-shop
Sold by    Marussia-shop
Returns    Returnable until Jan 31, 2024
Payment    Secure transaction

**Get it faster**
$29⁹⁹
$11.95 delivery: **Nov 15 - 20**

Case 1:24-cv-03057-VSB   Document 65-3   Filed 09/17/24   Page 28 of 28

