# EXHIBIT 4



| Item Weight | 7.5 ounces |
| Date First Available | June 7, 2023 |

## Product Description



As a professional modern canvas wall art manufacturer, TISHIRON striving to provide 100% hand painted oil paintings on canvas, acrylic paintings, Mixed-media paintings, Watercolor paintings, Drawings, Painting photograph, Photo to portrait painting, Photo to canvas print, Canvas prints, Painting by the numbers for adults ensure our customers have a good user experience.

TISHIRON DIY paint-by-numbers kits comes with eco-environment pigment set, waterproof canvas, nylon brush kit. Let the zero-based you become a master of painting.



### Perfect Wall Decoration

Suitable for bedroom, living room, guest room, meeting room, bathroom, dining room, coffee bar, nursery, corridor, corridor, university dormitory, hotel, hotel, spa, lounge, salon, home and office decoration. Decorate the walls with exquisite canvas paintings, adding color and artistic atmosphere to the space. (This product does not have a frame, you need to buy it yourself)



**Warning Tips:**

1. The pigment is rapid drying,make sure the lid is on when you don't use it.

2. When you don't use the paintbrush, please remember to wash it clearly.

3. If you are an experienced painter,you can paint your artwork creatively.

- 1. Healthy digital pigments, high color reproduction, bright colors.
- 2. Can be painted directly without adding water.
- 3. The coverage is very wide. If something goes wrong anywhere, you can easily cover the error.
- 4. Pigment is easy to dry. Remember to cover the lid after use. If the paint is too dry, add 1-2 drops of water and stir evenly. Try not to add too much water.
- 5. The paint box corresponds to the number on the canvas, and the unmarked paint corresponds to the shaded part of the canvas.

### Product Features



**High coverage acrylic paint**

**TISHIRON** pigment is made of friendly eco-environment, healthy, non-toxic, odorless material, it has high spreadability and you can modify it when make a mistake. Bright color, make your painting is more real.



**Waterproof**

The numbers painting is waterproof after the pigment dried. Wipe it with a damp cloth when the surface has dust.



**High Stretch nylon brush**

3 size paintbrush can be applied for different area in the pre-printed canvas, let your number picture easy to color up fluently and smoothly!

**Get creases out easily**

You can use the iron to get creases out from backside of canvas before painting.

### Customize Your Painting by Numbers



**Send your own photo to us**

**TISHIRON** also provide custom oil painting by numbers kits for adults kids beginner,send your own photo to us,turn your precious memories into the oil painting wall decor,this experience will make you feel like a real artist.



**Professional custom team**

With the effort of more than 20 working procedures meticulously designed by computer, including 8 years professional art graphic repair designers who have years of digital oil painting experience, our professional team serves for you with all our care.



**Record your special moments**

**DIY** oil painting by numbers make you feel distinctive,make your own photo or picture into an oil painting as a gift to record your memories, this special gift is more touched for the people you love such as children, parents,lovers, friends.

  



|  | Mushroom | Panda | Sea turtle | Dog | Fox | Lotus |
|---|---|---|---|---|---|---|
|  |  See Details |  See Details |  See Details |  Add to Cart |  See Details |  See Details |
| Customer Reviews | ★★★★½ 34 | ★★★★☆ 37 | ★★★★½ 96 | ★★★★½ 67 | ★★★★☆ 19 | ★★★★½ 96 |
| Price | — | — | — | $9⁹⁹ | — | — |
| Size | 16x20 inch | 16x20 inch | 16x20 inch | 16x20 inch | 16x20 inch | 16x20 inch |
| Item Type | Paint by Numbers | Paint by Numbers | Paint by Numbers | Paint by Numbers | Paint by Numbers | Paint by Numbers |

## What's in the box
- Acrylic

## Products related to this item

Sponsored ⓘ

Page 1 of 6

 

HONGYA Art Paint by Numbers Kit for Adults, 16" x20" DIY Adult Paint by Numbers, L...
★★★★½ 219
$11⁹⁹
✓prime

Paint by Numbers Flowers, Abstract Paint by Number for Adults, Adult Paint by Numbe...
★★★★½ 248
$9⁴⁹
✓prime

RMANA Acrylic Paint by Number Landscape On Canvas Art for Beginner Adults Students ...
★★★★½ 380
$16⁹⁷
✓prime

Slody Paint by Number for Adults DIY Flowers Oil Numbers Painting on Canvas Sunflow...
★★★★½ 408
$11⁹⁶
✓prime
Save 5% with coupon

FQOVKYN Paint by Numbers Kit for Adults & Beginners- DIY Acrylic Mushroom Adult Pai...
★★★★½ 149
$6⁹⁹
✓prime

VATO Custom DIY Paint by Numbers for Adults, Personalized from Your Photo, No Frame, 16" x...
★★★★½ 2,004
$29⁴⁹
✓prime

ZRIZQ Paint by Number for Adults Beginners,Rose Beach Paint by Numbers Kits...
★★★★½ 113
$9⁹⁹
✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video



Atkins Mocha Latte Iced Coffee Protein Shake, 15g Protein, Low Glycemic, 4g Net Carb, 1g Sugar, Keto...
★★★★½ 13,465
$15⁹⁹ ✓prime
Add to cart

Sponsored ⓘ

## 🔵 Looking for specific info?

Ask Rufus or search customer feedback →

Does it come with all needed paints and brushes?    Is the canvas pre-printed with the bee design?

Can it be framed after completion?    Is it suitable for beginners?    Does it provide clear painting instructions?

## Customer reviews

★★★★★ 4.8 out of 5
4 global ratings

| 5 star | 77% |
| 4 star | 23% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Atkins Mocha Latte Iced Coffee Protein...
$15⁹⁹ ✓prime

Top reviews ⌄

### Top reviews from the United States

Dawn
★★★★★ Beautiful
Reviewed in the United States on July 16, 2023
Vine Customer Review of Free Product ( What's this? )
This is a gorgeous design! It was fun to paint and looks really good framed. I did use different paint brushes, but I do that for all of my paint by numbers.
One person found this helpful
Helpful | Report

Feathersong
★★★★☆ Very cute!
Reviewed in the United States on October 29, 2023
Vine Customer Review of Free Product ( What's this? )
This is your standard quality PBN kit - not the best paints or brushes, but I always use my own brushes & supplement the paints with my own. I love the image & color scheme. Doesn't come out looking as good as the image on the listing, but PBN kits usually never do. I still think it came out pretty cute.
Helpful | Report

See more reviews ›

### Top reviews from other countries

MARILYN MOM



★★★★★ IT'S BEAUTIFUL!
Reviewed in Canada on November 16, 2023
**Verified Purchase**
I'M PAINTING THIS PICTURE FOR MY GRANDAUGHTER FOR CHRISTMAS! SHE IS GOING TO LOVE IT TO
HANG ON THE WALL IN HER YELLOW BEDROOM!

Report

See more reviews ›

Atkins Milk Chocolate Delight Protein Shake, 15g Protein, Low Glycemic, 2g Net Carb, 1g Sugar, Keto Friendl...
★★★★☆ 37,128
$19⁴⁸ ✓prime
Add to cart
Sponsored



Back to top