UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LIBBY PIECHOWICZ d/b/a LORNA LAINE, :
an individual,                                                      :
                                                                           :
                          Plaintiff,       :
                                                                           :
           - against -                                     :        24-CV-3057 (VSB)
                                                                           :
THE PARTNERSHIPS AND                              :        **PRELIMINARY**
UNINCORPORATED ASSOCIATIONS              :        **INJUNCTION**
IDENTIFIED IN SCHEDULE A,                       :        **ORDER**
                                                                           :
                       Defendants.      :
                                                                           :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       This matter is before me on the application of Plaintiff Libby Piechowicz d/b/a Lorna Laine ("Plaintiff" or "Laine") for the entry of a Preliminary Injunction against the Defendants listed in Schedule A of Plaintiff's Second Amended Complaint.[1]  (Doc. 63 ("Motion" or "Application"); Doc. 34-2 ("Schedule A")).

       Having reviewed the papers in support of the Application, (Doc. 64 ("Mem."), Doc. 65 ("Burroughs Decl.")), and following arguments by all counsel present at the September 18, 2024 hearing held on Plaintiff's Application, I find that Plaintiff meets the criteria for entry of a Preliminary Injunction for the reasons set forth on the record and in the Temporary Restraining Order entered August 16, 2024, (Doc. 55).

---

[1] The Defendants listed in Schedule A that have not been voluntarily dismissed from this action are: ALOTS; You are very lucky; ROUKANNGE; GneinourDirect; Mogyn; Aotoudanuo store; DaDing Store; Passdone Direct; UPmall Direct; Finduat; LCOZX; Xiangcheng Botte Trading Co.; ZWJXYR SHOP; Treasures Shop1; Zen Garden Essentials; Cool Art Stuff; putianshilichengqu weicaimaoyiyouxiangongsi; BKR Graphics; HEZHONGKUI; and Josid.  (*See* Schedule A; Docs. 57, 58, 60 (Notices of Voluntary Dismisal).)  This Order refers to these entities collectively as "Defendants."

I also find that, for the reasons stated on the record, Plaintiff has demonstrated that the true address of each Defendant, including each Defendant located in China, is not known.

Accordingly, as I explained during the September 18, 2024 hearing, it is hereby:

**ORDERED** that Plaintiff's motion for a Preliminary Injunction is **GRANTED**. The terms of the Preliminary Injunction shall include paragraphs 1, 2, 3, and 4 of the previously-issued Temporary Restraining Order, (Doc. 46 at 6–8). The Five Thousand Dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case, or until this Preliminary Injunction is terminated. An Order setting forth in further detail the reasons for issuing the Preliminary Injunction will issue in due course.

**IT IS FURTHER ORDERED** that service of this Order and the Summons and Complaint to all Defendants may be made by electronic means.

**IT IS FURTHER ORDERED** that, by **September 27, 2024**, Plaintiff submit a Proposed Amended Preliminary Injunction Order on the public docket.

The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 63 and to unseal and/or remove access restrictions from Documents 2, 3, 7, 8, 14, 15, 21, 25–29, 34, 37–41, 46, and 50–52.

SO ORDERED.

Dated: September 18, 2024
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge