**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIBBY PIECHOWICZ, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>        Defendants. | Case No. 1:24-cv-03057-VSB<br><br>**Judge Vernon S. Broderick** |

<u>**NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**</u>

**TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Defendants Passdone Direct (Def. No. 8) (Seller ID: A7W11OQ5XFLPD) and Aile Decor (Def. No. 26) (Seller ID: A3JXCA6CURN1YS) have reached a settlement as to all claims at issue in this case asserted against DOEs #8 and 26 only. Accordingly, Plaintiff in the above referenced voluntary dismisses its claims against DOEs #8 and 26 only, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Preliminary Injunction Order (ECF 69) is automatically dissolved against DOEs #8 and 26 only. The Preliminary Injunction Order (ECF 69) remains as to all other Defendants.

Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: December 23, 2024

        Respectfully submitted,

        */s/ Scott Alan Burroughs*
        Scott Alan Burroughs, Esq.
        DONIGER / BURROUGHS
        247 Water Street, First Floor
        New York, New York 10038
        scott@donigerlawfirm.com
        Attorney for Plaintiff