UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIBBY PIECHOWICZ d/b/a LORNA LAINE, an individual,<br><br>Plaintiff,<br><br>-against-<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A.,<br><br>Defendants. | : | 24-CV-3057 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's Proposed Order to Show Cause for Default Judgment, the Affidavit of David Michael Stuart Jenkins in support of Plaintiff's Proposed Order to Show Cause for Default Judgment with six accompanying exhibits, Plaintiff's Proposed Default Judgment, and the Clerk's Certificate of Default. (Docs. 80–82.) The parties are ORDERED to appear for a hearing on November 24, 2026 at 2:00 p.m. The hearing will take place telephonically. The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID. Accordingly, it is hereby:

ORDERED that Defendants You are very lucky (Seller ID: A2WMK2JTI4ZRR6), ROUKANNGE (Seller ID: AC49Z05PAFOHX), UPmall Direct (Seller ID: A1OOPR4ZIVPIU5), LCOZX (Seller ID: A2VFMBENU2001H), and Treasures Shop1 (Seller ID: A1RIN25ER62FO0) (collectively, the "Defaulting Defendants") file their opposition to Plaintiff's Motion for Default Judgment on or before November 10, 2026.

IT IS FURTHER ORDERED that Plaintiff file a reply, if any, on or before November 17, 2026.

IT IS FURTHER ORDERED that Plaintiff shall serve the Defaulting Defendants with a copy of this order via email on or before October 30, 2026 and file proof of service on the electronic docket on or before November 2, 2026.

SO ORDERED.
Dated: October 27, 2026
New York, New York

Vernon S. Broderick
United States District Judge